UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACOB SCHWIMMER AND CHAYA SCHWIMMER,

                Plaintiffs,

-against-

SILLS CUMMIS & GROSS P.C. and JOSHUA N. HOWLEY,

                Defendants.

Case No. 24-CV-03380 (VSB)

**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, as follows:

1. The above-captioned action is dismissed, with prejudice, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), and without attorneys' fees, costs, or expenses to either party as against the other.

2. This Stipulation may be signed in counterparts, all of which taken together shall constitute one and the same instrument.

3. This Stipulation may be signed by facsimile, electronic or PDF signatures, and said signatures shall be deemed as original signatures for all purposes.

4. This Stipulation may be filed without further notice with the Clerk of the Court.

LEVI HUEBNER & ASSOCIATES, PC

By: _____
Levi Huebner, Esq.
488 Empire Boulevard, Suite 100
Brooklyn, NY 11225
(212) 354-5555

*Attorneys for Plaintiff*

Dated 9/12/24

SILLS CUMMIS & GROSS P.C.

By: _____
Mitchell D. Haddad, Esq.
101 Park Avenue, 28th Floor
New York, NY 10178
(212) 643-7000

*Attorneys for Defendants*

Dated 9/10/24